USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/27/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf himself of all other persons
similarly situated,

        Plaintiff,

        -against-

TUPPERWARE U.S., INC.,

        Defendant.

1:20-cv-01388-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed the Complaint on February 18, 2020 [ECF No. 1].  Proof of service filed with the Court on March 24, 2020, reflects that Defendant was served with the Complaint on February 26, 2020 [ECF No. 5].  The Court granted five Letter Motions for Extension of Time to Answer [ECF Nos. 8, 10, 12, 14, 16].  On September 2, 2020, the Court denied Defendant's sixth Letter Motion for Extension of Time to Answer and ordered Defendant to answer or respond to the Complaint on or before September 7, 2020 [ECF No. 18].  To date, Defendant has not answered or otherwise responded to the Complaint.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **November 18, 2020**.  Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.  If Plaintiff does not move for default judgment by November 18, 2020, the case may be dismissed for failure to prosecute.

SO ORDERED.

Date:  October 27, 2020
     New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**